IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THRESSA BRADSHAW,

        Plaintiff,                    No. CIV S-10-0788 DAD

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,      ORDER

        Defendant.
_____/

        On April 5, 2010, the Clerk of the Court issued this court's scheduling order together with an Order re Consent or Request for Reassignment. The orders were accompanied by a form titled "Consent to Assignment or Request for Reassignment," by which a party may either consent to proceed before a United States Magistrate Judge for all purposes or request reassignment of the case to a United States District Judge. Pursuant to Appendix A(j) of the Local Rules, and as directed in the order re consent or request for reassignment, each party is required to execute a copy of the form and return it to the Clerk of the Court within ninety days after the court's order is issued.

        Defendant filed the required form on May 17, 2010. The ninety-day period for filing the form has now expired, and plaintiff has not submitted an executed form.

/////

Accordingly, IT IS ORDERED that plaintiff shall, within seven days after this order is filed, file an executed "Consent to Assignment or Request for Reassignment" form, or show good cause for failing to do so.

DATED: July 9, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
bradshaw0788.osc.form