1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    THRESSA BRADSHAW,

11             Plaintiff,                        No. CIV S-10-0788 DAD

12        v.

13    MICHAEL J. ASTRUE,
      Commissioner of Social Security,          ORDER TO APPEAR
14
               Defendant.
15    _____/

16             On April 5, 2010, the Clerk of the Court issued this court's Scheduling Order and

17    an Order re Consent or Request for Reassignment.  The orders were accompanied by a form

18    titled "Consent to Assignment or Request for Reassignment."  Pursuant to Appendix A(j) of the

19    Local Rules and the April 5, 2010 Order re Consent or Request for Reassignment, each party was

20    required to execute a copy of the form and return it to the Clerk of the Court within ninety days

21    after the order was issued.[1]  On July 12, 2010, the court issued an order requiring plaintiff to file,

22    within seven days, an executed "Consent to Assignment or Request for Reassignment" form, or

23    show good cause for failing to do so.  Four weeks have passed, and plaintiff has not responded to

24    the July 12, 2010 order in any way.

25    _____

26        [1]  Defendant filed the required form on May 17, 2010.

                                               1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  Sengthiene Bosavanh, plaintiff's attorney of record, shall appear in person on

3    Friday, September 10, 2010, at 10:00 a.m. in Courtroom 27 before the undersigned to address

4        (a)  counsel's failure to comply with the court's April 5, 2010 Order re Consent or

5        Request for Reassignment and the court's July 12, 2010 order to file the required form or

6        show cause; and

7        (b)  the issue of appropriate sanctions for the violation of two court orders.

8    Belated filing of the required form will not discharge this order.

9        2.  Sengthiene Bosavanh shall serve a copy of this order on plaintiff Thressa

10   Bradshaw within seven days after this order is filed and shall file proof of such service with the

11   court within seven days of such service.

12       3.  Plaintiff Thressa Bradshaw and her attorney of record are cautioned that

13   counsel's failure to appear as directed in this order will result in dismissal of this action as a

14   sanction for repeated failures to comply with court orders and for apparent abandonment of this

15   action.  See Local Rule 110.

16   DATED: August 10, 2010.

17

18   _____
     DALE A. DROZD
19   UNITED STATES MAGISTRATE JUDGE

20   DAD:kw
     bradshaw0788.ord.appear

21

22

23

24

25

26

2