IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THRESSA BRADSHAW,

    Plaintiff,                           No. CIV S-10-0788 FCD DAD

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,         <u>ORDER</u>

    Defendant.
_____/

    Plaintiff's counsel has been ordered to appear before the undersigned on September 10, 2010. Counsel has requested that the required appearance be rescheduled.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The August 12, 2010 request to reschedule the appearance of plaintiff's counsel (Doc. No. 18) is granted; and

    2. Plaintiff's counsel shall appear in person before the undersigned on October 22, 2010, at 10:00 a.m. in Courtroom 27.

DATED: August 27, 2010.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
bradshaw0788.resch.req.gr