IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THRESSA BRADSHAW,

        Plaintiff,                    No. CIV S-10-0788 FCD DAD

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,      ORDER

        Defendant.
_____/

      By stipulation and order for remand, this case is being remanded for further administrative proceedings and a new decision. The Order to Appear filed August 10, 2010 (Doc. No. 15) is vacated, and plaintiff's counsel is relieved of the obligation to appear before the undersigned on October 22, 2010 to address her failure to comply with court orders. Counsel is cautioned, however, that the court expects her timely compliance with court orders in the future.

      IT IS SO ORDERED.

DATED: October 5, 2010.

                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

DAD:kw
bradshaw0788.ordtoappear.vac