BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LESLIE ALEXANDER (CSBN 256624)
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| THRESSA BRADSHAW,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:10-CV-0788-FCD-DAD<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to obtain additional evidence from a vocational expert (VE) to address the apparent inconsistency between the occupational requirement descriptions in the Dictionary of Occupational Titles (DOT) and the jobs cited in the October 20, 2009, hearing decision.

/////

The ALJ will offer Plaintiff the opportunity for a new hearing, and Plaintiff is free to submit new evidence.

The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed, and following the end of the remand proceedings, the ALJ will issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.  Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Respectfully submitted,

Dated: October 1, 2010            *s/ Sengthiene Bosavanh*
                                  (As authorized by email)
                                  SENGTHIENE BOSAVANH
                                  Attorney for Plaintiff

Date: October 1, 2010             BENJAMIN B. WAGNER
                                  United States Attorney

                                  By *s/ Leslie Alexander*
                                  LESLIE ALEXANDER
                                  Special Assistant U. S. Attorney

                                  Attorneys for Defendant

## ORDER

The parties' stipulation for remand is approved, and the Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against Defendant, Commissioner of Social Security.

IT IS SO ORDERED.

DATED: October 5, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.socsec\bradshaw0788.stipord.remand